UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE ROOTER GUY, LLC,<br><br>    Defendant. | Case No. 2:15-CR-00225-BLW-1<br><br>**REPORT AND RECOMMENDATION** |

    On November 18, 2015, Ben Royal Broyles, as the authorized representative for Defendant THE ROOTER GUY, LLC, appeared before the undersigned United States Magistrate Judge to enter a plea pursuant to a written plea agreement (Dkt. 2). Broyles executed a waiver of the right to have the presiding United States District Judge take the organization's plea. Thereafter, the Court explained the nature of the charges contained in the applicable Information (Dkt. 1), the maximum penalties applicable, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

    The Court, having conducted the plea hearing and having inquired of the organization's representative and counsel, and the government, finds that there is a factual basis for the organization's guilty plea, that it entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned

also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant THE ROOTER GUY, LLC's plea of guilty to Count One of the Information (Dkt. 1).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: 11/18/2015

CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE